# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  22-3189

_____

GS Labs, LLC, a Nebraska limited liability company

Plaintiff - Appellant

v.

Medica Insurance Company, a Minnesota insurance corporation

Defendant - Appellee

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-02400-SRN)

## JUDGMENT

The parties have filed a joint stipulation for dismissal. The appeal is hereby dismissed in

accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

August 22, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans