## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 22-3189

GS Labs, LLC, a Nebraska limited liability company

Appellant

v.

Medica, Insurance Company, a Minnesota insurance corporation

Appellee

------------------------------------------------------------

Appeal from U.S. District Court for the District of Minnesota
(0:21-cv-02400-SRN)

------------------------------------------------------------

### MANDATE

In accordance with the judgment of August 22, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

August 22, 2023

Clerk, U.S. Court of Appeals, Eighth Circuit